**FILED**
**NOV 12 2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 01/11) Criminal Complaint            AUSA Theodora Anderson (815) 987-4455

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

UNITED STATES OF AMERICA

v.

BRANDON HOPKINS

CASE NUMBER: 25 CR 50060

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about November 11, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) (Production of Child Pornography) | Production of Child Pornography |

This criminal complaint is based upon these facts:

__X__ Continued on the attached sheet.

Thomas Mata
Special Agent, Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: November 12, 2025

_Judge's signature_

City and state: Rockford, Illinois

Michael F. Iasparro, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, Thomas Mata, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and I have been so employed since June 2021.

2. As part of my duties as an FBI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Sections 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in multiple forms of media, including computer media. I also have participated in the execution of multiple federal search warrants, many of which have involved child exploitation and/or child pornography offenses. I have participated in the execution of multiple federal search warrants.

3. This affidavit is submitted in support of a criminal complaint alleging that Brandon HOPKINS has violated Title 18, United States Code, Sections 2251(a) (Production of Child Pornography) (the **Subject Offense**). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging HOPKINS with the **Subject Offense**, I have not included each and every fact known to me concerning this investigation. I have set

forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

4. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and on information provided to FBI and obtained during search warrants.

## FACTS SUPPORTING PROBABLE CAUSE

5. On November 11, 2025, the Honorable Michael F. Iasparro issued a search warrant[1] to search the residence and nearby outbuildings located at 318 Glenwood Avenue, McHenry, Illinois, for evidence, instrumentalities, and contraband related to the production, possession, distribution, and receipt of child pornography. The target of the investigation was Brandon HOPKINS. This residence was the listed address for HOPKINS and a relative.

6. On November 11, 2025, special agents from the FBI Chicago Field Office, along with FBI Task Force members, with the assistance of McHenry County Sheriff's Department, executed the federal search warrant. HOPKINS was present at the residence at the time of the search.

7. During the search of HOPKINS person, FBI agents recovered a Samsung S23 cell phone bearing IMEI 352766390870707 ("**Subject Phone**"). Within the "about" section of the **Subject Phone**, the phone name displays "Brandon's S23" and the listed phone number is 1-312-848-8037.

---

[1] The search warrant was issued by U.S. Magistrate Judge Michael F. Iasparro on November 11, 2025 under case number 25MC00032.

8.  On November 11, 2025, during a mirandized interview, HOPKINS acknowledged ownership of the **Subject Phone** and consented to providing interviewing agents the password to the **Subject Phone,** as well as passwords for a secure file folder located on the **Subject Phone** in which HOPKINS admitted that child pornography was saved. HOPKINS stated during the interview that he had recently produced child pornography within the last three days.

9.  Upon review of the **Subject Phone's** secure file folder image gallery application, it was discovered that HOPKINS possessed approximately 743 images and 200 videos within the recent folder of the gallery. Based on my training and experience and review of the **Subject Phone**, I believe the majority of the images and videos depicted imagery of child sexual abuse material.

10. Specifically, there were eight files, 4 videos and 4 images, that were created on November 11, 2025, that depict the production of child pornography:

11. Four of these videos are described as follows:

- Filename: 20251111_172123.mp4
    - Description: A video 52 seconds in duration, depicting an adult male masturbating on a bed while a minor female approximately 6-12 months old, on the same bed and is observed grabbing the erect penis and putting the penis in her mouth.
- Filename: 20251111_172219.mp4
    - Description: A video 3 seconds in duration, depicting an adult male masturbating on a bed while a minor female approximately 6-12 months

2

old, is on the same bed, and the adult male's penis is directly in front of the minor female's mouth.

- Filename: 20251111_173021.mp4
    - Description: A video 8 seconds in duration, depicting HOPKINS with an erect penis and HOPKINS guiding a minor female, approximately 6-12 months old, toward the direction of HOPKINS erect penis. HOPKINS face is observed in the video and HOPKINS was observed wearing a gray t-shirt.
- Filename: 20251111_173750.mp4
    - Description: A video 34 seconds in duration, depicting an adult male squeezing pre-ejaculatory fluid out of an erect penis and spoon feeding a minor female, approximately 6-12 months old.

12. Four of the images are described as follows:
- Filename: 20251111_172917.jpg
    - An image depicting an adult male penis over a minor female's head who appears to be approximately 6-12 months old.
- Filename: 20251111_172918.jpg, 20251111_172290.jpg, 20251111_172921.jpg
    - Three images depicting an adult male placing his penis on the mouth of a minor female approximately 6-12 months old.

13. Based on my training and experience and information provided to law enforcement by HOPKINS during his mirandized interview, I believe the adult male

2

in all the above videos and images is HOPKINS and were produced by HOPKINS using the **Subject Phone** on November 11, 2025. Additionally, based on a review of the **Subject Phone**, the above-described images and videos were created on November 11, 2025 by the **Subject Phone**.

14. FBI agents examined the SUBJECT PHONE and determined that it was manufactured in South Korea.

## CONCLUSION

15. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about November 11, 2025, Brandon HOPKINS did knowingly use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a).

FURTHER AFFIANT SAYETH NOT.

_____
Thomas Mata
Special Agent
Federal Bureau of Investigation

2

SUBSCRIBED AND SWORN to me in my presence on November 12, 2025.

_____
Honorable Michael F. Iasparro
United States Magistrate Judge