# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                        Case No.: 3:25−cr−50060
                                        Honorable Michael F. Iasparro

Brandon Hopkins

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

       MINUTE entry before the Honorable Michael F. Iasparro as to Brandon Hopkins (1): The Court has been notified of Defendant Brandon Hopkins' arrest. An in−person initial appearance is set for 11/12/2025 at 3:00 PM at the Stanley J. Roszkowski United States Courthouse, 327 S. Church Street, Rockford, IL, Courtroom 3200. Defendant, counsel for both sides, and a representative from Pretrial Services are ordered to appear. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.