IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>          *Plaintiff*,<br><br>    v.<br><br>Brandon Hopkins,<br><br>          *Defendant*. | Case No. 3:25-cr-50060-1<br><br>Honorable Michael F. Iasparro |

### ORDER

Initial appearance held 11/12/2025. Defendant Brandon Hopkins appears in-person based on a criminal complaint [2] dated 11/12/2025. CJA panel attorney Peter R. Moyers appears on behalf of Defendant and is provisionally appointed as counsel pending submission and review of a financial affidavit. Financial affidavit to be filed by 11/14/2025. A representative from Pretrial Services is present. Defendant is advised of his rights. Defense counsel confirms receipt of the criminal complaint and supporting affidavit and states that he has reviewed the documents with Defendant. The Defendant waives formal reading. The Government moves for detention pursuant to 18 U.S.C. § 3142(f)(1)(E). The Court finds that the Government has a right to request a detention hearing. Pursuant to the agreement of the parties and for good cause shown, an in-person detention hearing is set for 11/14/2025 at 1:30 PM. Pretrial Services shall file a pretrial report prior to the hearing. The Defendant requests a preliminary hearing. A preliminary hearing is set for 11/18/2025 at 2:30 PM. If an indictment is received prior to 11/18/2025, the preliminary hearing will be stricken. Defendant is remanded to the custody of the U.S. Marshal pending the detention hearing.

Entered: November 12, 2025               By: _____
                                   Michael F. Iasparro
                                   U.S. Magistrate Judge