IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>          *Plaintiff*,<br><br>  v.<br><br>Brandon Hopkins,<br><br>          *Defendant*. | Case No. 3:25-cr-50060-1<br><br>Honorable Michael F. Iasparro |

## ORDER

  Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to: exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.

Entered: November 12, 2025        By: _____
                               Michael F. Iasparro
                               U.S. Magistrate Judge