UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
NOV 18 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON HOPKINS | No. 25 CR 50060<br><br>Violations: Title 18, United States Code, Section 2251(a) |

The SPECIAL JULY 2025 GRAND JURY charges:

On or around November 11, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

BRANDON HOPKINS,

defendant herein, did knowingly use, persuade, induce, and entice a minor, namely, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

1

## FORFEITURE ALLEGATION

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2251 as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to the following specific property:

    - a Samsung S23 cell phone bearing IMEI 352766390870707

    All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

2