# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:25−cr−50060
Honorable Iain D. Johnston

Brandon Hopkins

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2025:

MINUTE entry before the Honorable Michael F. Iasparro as to Brandon Hopkins (1): In light of the indictment returned on 11/18/2025 [14], the preliminary hearing set for 11/18/2025 is stricken. The in−person hearing on 11/18/2025 at 2:30 PM is converted to an arraignment. Defendant and counsel for both sides are ordered to appear. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.