IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>         *Plaintiff,*<br><br>  v.<br><br>Brandon Hopkins,<br>         *Defendant.* | Case No. 3:25-cr-50060-1<br><br>Honorable Michael F. Iasparro |

## ORDER

  In-person arraignment held 11/18/2025. Defendant Brandon Hopkins appears in custody with counsel pursuant to an indictment [14] filed on 11/18/2025. Defendant is informed of his rights, acknowledges receipt of the indictment, and waives a formal reading. The Defendant enters a plea of not guilty to the sole count in which he is named, and his plea is accepted. Rule 16.1(a) conference shall be conducted by 12/18/2025 with rolling production thereafter. The previously entered Order of Detention Pending Trial [10] remains in effect, and the Defendant is remanded to the custody of the U.S. Marshal. Defendant's oral motion for leave to file pretrial motions is granted. An in-person status hearing is set for 2/3/2026 at 11:00 AM. Defendant and counsel for both sides are ordered to appear. The Government's oral motion to exclude time is unopposed and granted. The Court excludes time from 11/18/2025 through 2/3/2026 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served by the exclusion of time outweigh the interests of the parties and the public in a speedy trial in order to allow the reasonable time necessary for effective preparation.

Entered: November 18, 2025              By: _____
                                          Michael F. Iasparro
                                          U.S. Magistrate Judge