**In the United States District Court
for the Northern District of Illinois**

**United States of America,
Plaintiff,**

v.

**Defendant.**

**Case number**

**Judge**

## CJA APPOINTMENT ORDER
### ORDER APPOINTING COUNSEL UNDER CJA

| | |
|---|---|
| **Person represented** | **Under seal?** ☐ Yes ☐ No |
| **Defendant number** | **Representation type** Select one |
| **Type of person represented** Select one | **Court order** Select one  **Name** |
| **Payment category** Select one | **Name of Prior Attorney** |
| **Name of appointed attorney** | |

**If associate(s) will be used, list names and rate(s) if different from the CJA hourly rate.**

_____   11/18/2025
**Signature of Presiding Judge or by Order of the Court**   **Date**

**Nunc Pro Tunc Date:**      or ☐ None

---

### ORDER APPOINTING INTERPRETER UNDER CJA
*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed $900?**       ☐ Yes  ☐ No
**Prior authorization approved?**  ☐ Yes  ☐ No  ☐ Not applicable

_____   _____
**Signature of Presiding Judge or by Order of the Court**   **Date**

**Nunc Pro Tunc Date:**      or ☐ None

Rev. 2212019