## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Western Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                       Case No.: 3:25−cr−50060
                                                         Honorable Iain D. Johnston

Brandon Hopkins

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 19, 2026:

MINUTE entry before the Honorable Michael F. Iasparro as to Brandon Hopkins (1): In−person status hearing held 3/19/2026. Defendant Brandon Hopkins appears in custody with counsel. The Government reports that additional discovery materials will be provided to defense counsel. Defense counsel requests additional time to review the new discovery. The request is granted, and an in−person status hearing is set for 5/12/2026 at 11:30 AM to address the status of discovery. Defendant Hopkins and counsel for both parties are ordered to appear in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101. The Government's oral motion to exclude time is unopposed and granted. Time is excluded from 3/19/2026 through 5/12/2026 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served by the exclusion outweigh the interests of the parties and the public in a speedy trial and will allow the reasonable time necessary for effective preparation. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.