UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED

MAY 05 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) No. **3:25-cr-50060** |
| | ) |
| | ) |
| BRANDON HOPKINS and | ) Violations: Title 18, United States |
| HENRY BRADLEY | ) Code, Sections 2, 371, 2241(c), |
| | ) 2251(a), 2252A(a)(2)(A), |
| | 2252A(a)(5)(B), and 2252A(b)(2) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

Beginning no later than on or about December 2024, and continuing until on or about November 6, 2025, at McHenry and Crystal Lake, Illinois in the Northern District of Illinois, Western Division, and elsewhere,

BRANDON HOPKINS and
HENRY BRADLEY

defendants herein, conspired with each other and others, and crossed a state line with the intent to engage in a sexual act as defined under Title 18, United States Code, Section 2246(2), with a person who has not attained the age of 12 years, namely Minor Victim A, a minor who was less than one year old, in violation of Title 18, United States Code, Section 2241(c);

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The SPECIAL JULY 2025 GRAND JURY further charges:

Between on or about April 9, 2025, and on or about April 11, 2025, at Crystal Lake, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

BRANDON HOPKINS and
HENRY BRADLEY,

defendants herein, crossed a state line with the intent to engage in a sexual act as defined under Title 18, United States Code, Section 2246(2), with a person who has not attained the age of 12 years, namely Minor Victim A, a minor who was less than one year old;

In violation of Title 18, United States Code, Sections 2241(c) and 2.

2

## COUNT THREE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about September 19, 2025, at McHenry, in the Northern District of Illinois, Western Division, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, namely Minor Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about September 23, 2025, at McHenry, in the Northern District of Illinois, Western Division, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, namely Minor Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about October 23, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly distribute and caused to be distributed, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including a file identified as "20250919_102908.mp4", using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SIX

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about October 23, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

### HENRY BRADLEY

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including a file identified as "20250919_102908.mp4", using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT SEVEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 1, 2025, at McHenry, in the Northern District of Illinois, Western Division, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, namely Minor Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT EIGHT

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 1, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly distribute and cause to be distributed, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including files identified as "2025-11-01@11-00-38.mp4" and "2025-11-01@10-58-38.mp4", using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

8

## COUNT NINE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 6, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly distribute and cause to be distributed, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including files identified as "2025-11-01@11-13-53.jpg", "2025-11-01@11-00-13.mp4", "2025-11-01@10-58-38.mp4", and "010.jpg", using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

9

## COUNT TEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 6, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

### HENRY BRADLEY

defendant herein, did knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including files identified as "2025-11-01@11-13-53.jpg", "2025-11-01@11-00-13.mp4", "2025-11-01@10-58-38.mp4", and 010.jpg, using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(2)(a).

10

## COUNT ELEVEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 6, 2025, at McHenry, in the Northern District of Illinois, Western Division, and elsewhere,

## BRANDON HOPKINS

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, namely Minor Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

11

## COUNT TWELVE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 8, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division, and elsewhere,

## BRANDON HOPKINS

defendant herein, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), including files identified as "0eeea3dd3ec9588c.jpeg" and "girlman54.jpg", using a means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer,

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

## COUNT THIRTEEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 11, 2025, at McHenry, in the Northern District of Illinois, and elsewhere,

### BRANDON HOPKINS

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, namely Minor Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and that visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, and which visual depiction was actually transported and transmitted in and affecting interstate and foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

13

## COUNT FOURTEEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 11, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division,

### BRANDON HOPKINS,

defendant herein, knowingly possessed material, namely, a black Samsung S23 cell phone with serial number R3CW40PAS3Z, containing images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

14

## COUNT FIFTEEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 11, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division,

### BRANDON HOPKINS,

defendant herein, knowingly possessed material, namely, a 4 TB Western Digital WD40EZRZ-00GXCB0 hard drive with serial number WCC7K2RFZA44, containing images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

15

## COUNT SIXTEEN

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about November 11, 2025, at McHenry, Illinois, in the Northern District of Illinois, Western Division,

## BRANDON HOPKINS,

defendant herein, knowingly possessed material, namely, a 4 TB Western Digital WD40EZRZ-00GXCB0 hard drive with serial number WCC7K1ZLS7VJ, containing images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been shipped and transported using any means and facility of interstate and foreign commerce, and such image having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including computer;

In violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

16

## <u>FORFEITURE ALLEGATION</u>

The SPECIAL JULY 2025 GRAND JURY further alleges:

1.    Upon conviction of an offense in violation of Title 18, United States Code, Section 2241, 2251 and 2252A as set forth in this Indictment, defendants shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offenses, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

17

2.      The property to be forfeited includes, but is not limited to the following specific property:

- A black Samsung S23 cell phone with serial number R3CW40PAS3Z

- An Apple iPhone 14 Pro cell phone with serial number JGC7PY2LW5

- a 4 TB Western Digital WD40EZRZ-00GXCB0 hard drive with serial number WCC7K2RFZA44,

- a 4 TB Western Digital WD40EZRZ-00GXCB0 hard drive with serial number WCC7K1ZLS7VJ, and

- a gray 2023 Tesla Model Y vehicle with Tennessee license plate 54NPL8 and VIN number 7SAYGDEE5PF895994

All pursuant to Title 18, United States Code, Section 2253.


A TRUE BILL:


*Andrew S. Boutros* by *Jami Mau*
UNITED STATES ATTORNEY