**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| United States of America, | |
| | Case No. 3:25-cr-50060-1 |
| *v.* | Honorable Michael F. Iasparro |
| Brandon Hopkins. | |

### ORDER

In-person arraignment held on 5/12/2026. Defendant Brandon Hopkins appears pursuant to a superseding indictment filed 5/5/2026. See Dkt. 55. CJA panel attorney Peter R. Moyers appears on behalf of Defendant as appointed counsel. Defendant acknowledged receipt of the superseding indictment and waives a formal reading. Defendant enters a plea of not guilty to all new counts in which he is named, and his plea is accepted. The Court is updated on the status of the case. The Government reports that all discovery materials have been tendered. Defense counsel requests additional time to review discovery and confer with Defendant regarding plea negotiations. The request is granted, and an in-person status hearing is set for 6/23/2026 at 11:15 AM to address the status of plea negotiations. If a change of plea hearing is scheduled before 6/23/2026, the status hearing will be stricken. Defendant Hopkins and counsel for both parties are ordered to appear in Courtroom 3200 of the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois 61101. The Government's oral motion to exclude time is unopposed and granted. Time is excluded from 5/12/2026 through 6/23/2026 under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The Court finds that the ends of justice served by the exclusion of time outweigh the best interests of the public and the Defendant in a speedy trial in order to allow the reasonable time necessary for effective preparation.

Entered: May 12, 2026

By: _____
Michael F. Iasparro
U.S. Magistrate Judge

1